ANTONIO LUIS OCHOA GARCÍA, demandante y apelante, *v.* COMPAÑÍA RON CARIOCA, DESTILERÍA, INC., y AMERICAN INDEMNITY COMPANY, demandadas y apeladas.

Número 11981.

*Sometido:* 20 de marzo de 1957. *Resuelto:* 29 de marzo de 1957.

*Estrella García Capella,* abogada del apelante; *R. Rivera Zayas, G. Rivera Cestero, Milton F. Rúa* y *A. Segurola de Diego,* abogados de las apeladas.

PER CURIAM: Vistas las determinaciones de hecho y las conclusiones de derecho que sirven de base a la sentencia que dictó en este caso el Tribunal Superior, Sala de San Juan, con fecha 19 de marzo de 1954, y después de analizar toda la prueba que consta en autos, resolvemos que los tres errores apuntados en el alegato de la parte apelante carecen de méritos.

■ No hay base alguna para dejar sin efecto las determinaciones de hecho en este caso y la impugnación de las mismas constituye en realidad el único fundamento de los dos primeros errores señalados. Véanse 32 L.P.R.A. Ap., R. 52; *Wolff* v. *Hernández*, 76 D.P.R. 650, 659–660 (1954); *Carrión* v. *Tesorero* de P. R., 79 D.P.R. 371, 385–386 (1956); *United States* v. *United States Gypsum Co.*, 333 U. S. 364, 394–395 (1948); *United States* v. *Yellow Cab Co.*, 338 U. S. 338, 341–342 (1949); 5 Moore, *Federal Practice* (2d ed. 1951) 2603–2647.

■ En cuanto al tercer error, es obvio que tomando en consideración todas las circunstancias que en este caso concurren, el tribunal sentenciador procedió correctamente al imponer al demandante las costas y $200 en concepto de honorarios de abogado. Véanse *Torres* v. *Biaggi*, 72 D.P.R. 869, 877 (1951) y los casos allí citados; *Martín* v. *Torres*, 79 D.P.R. 391, 393 (1956).

■ La parte apelante ha incurrido, a nuestro juicio, en manifiesta temeridad al instar un recurso de apelación en este caso, por lo cual procede imponerle la cantidad de $300 en concepto de honorarios de abogado en apelación que deberá pagar a los demandantes-apelados. Cf. *Martínez & Márquez, Inc.* v. *Whitehead & Co.*, 79 D.P.R. 153 (1956); *Pabón* v. *Morales*, 79 D.P.R. 154 (1956); *Martín* v. *Torres*, 79 D.P.R. 391, 393 (1956); *García* v. *Hernández*, resuelto mediante *Per Curiam* de fecha 15 de noviembre de 1956.

*La sentencia apelada será confirmada, condenándose además al apelante a pagar $300 en concepto de honorarios de abogado en apelación a las demandadas.*